```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DONET,** *Individually, and On Behalf of All Others Similarly Situated*,

                         **Plaintiff,**

    -against-

**SAFE CATCH, INC.,**

                         **Defendant.**

---

**23-cv-01104 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On February 9, 2023, Plaintiff filed a Complaint commencing this action against Defendant Safe Catch, Inc. ECF No. 1. Defendant was served on February 20, 2023, and Defendant's answer was due March 13, 2023. *See* ECF No. 5. To date, Defendant has not appeared or responded to Plaintiff's Complaint. On March 14, 2023, the Clerk of the Court entered a Certificate of Default. ECF No. 8. On April 28, 2023, this Court granted Mr. William Downes' motion to withdraw as attorney for Plaintiff. ECF No. 11. To date, Plaintiff has not sought default judgment in accordance with this Court's Individual Practices. *See* Attachment A to Individual Practices.

    Plaintiff is **ORDERED** to move for default judgment in accordance with this Court's Individual Practices on or by **June 21, 2023.**

**SO ORDERED.**

Dated:    June 1, 2023
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**