UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARICELA DONET, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:23-cv-01104 |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| SAFE CATCH, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff MARICELA DONET hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant SAFE CATCH, INC.

DATED:  June 21, 2023                                **MIZRAHI KROUB LLP**

                                                      /s/ Edward Y. Kroub
                                                      EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*